# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

18-1126
PP

(Full name of plaintiff(s))

Craig L. Miller

v.

(Full name of defendant(s))

Judy Smith, Warden, Oshkosh Correc-

tional Institution, and Robert Humphreys,

Warden, Kettle Moraine Correctional

Institution, and Carol Straks, Total Medical Staffing

Case Number:

**18-C-1126**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__W9071 Forest Drive, Plymouth, Wisconsin 53703__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Carol Straks__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

Complaint – 1

Case 2:18-cv-01126-PP   Filed 07/20/18   Page 1 of 5   Document 1

and (if a person) resides at ~~W~~ 953 Wilcox St. Apt 101
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Total Medical Staffing & Department of Corrections
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

```
     Carol Straks, while working as a nurse/employee at Total

Medical Staffing while also a staff member of the Wisconsin Dept.

of Corrections at the Oshkosh Correctional Institution, sexually

assaulted this plaintiff on a nearly daily basis from approximately

July 7, 2011 through July 25, 2012.  Ms. Straks was permitted free

rein to manipulate and sexually victimize plaintiff while recruiting

other inmates to also victimize (See, Exhibit A):

     Defendant Carol Straks also supplied narcotic pain pills

to plaintiff . . . to the point that plaintiff became addicted to

opiate and other medications.

     Judy P. Smith, Warden at OSCI, failed to provide for a
```

Complaint – 2

safe prison environment for plaintiff, and deprived plaintiff of equal protection under the law.

Robert Humphreys, while working in his capacity as the Warden at the Kettle Moraine Correctional Institution, created/permitted a hostile environment for plaintiff, defamed plaintiff's character, as retaliation for plaintiff's filing criminal charges against Department of Corrections co-worker. (See, Exhibits C & D)

As a direct consequence of the actions and omissions by these above-named defendants, plaintiff has lost his wife and family . . . and so much more.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I request an Order directing the Wisconsin Dept. of Corrections and its agents to cease and desist any retalitory actions [against me] relative to my victimization by defendant Carol Straks, and Order the defendant's and their agents to correct and rectify their selfserving decisions which were concocted to cloak the illegal actions of defendant Straks by labeling me a liar or attempting to marginalize the allegations against defendant Straks.

I request compensatory and punitive damages, and any other relief that is appropriate and just.

I request that the court appoint me with counsel.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of __July__ 20__18__.

Respectfully Submitted,

_Craig L. Miller_
Signature of Plaintiff

__40569__
Plaintiff's Prisoner ID Number

Kettle Moraine Correctional Int.
P.O. 282 Plymouth WI, 53073
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.