Deputy District Attorney
SCOTT A. CEMAN

Assistants
MICHAEL J. BALSKUS
STEPHANIE A. STAUBER
ERIC D. SPARR
ADAM J. LEVIN
TRACY A. PAIDER
AMANDA L. FOLGER
ANTHONY S. PREKOP
MARGARET J. STRUVE



**Winnebago County**

Office of District Attorney
**CHRISTIAN A. GOSSETT**
DISTRICT ATTORNEY

P.O. BOX 2808
Oshkosh, WI 54903-2808
Oshkosh (920) 236-4977
Fox Cities (920) 727-2880
FAX (920) 236-4952
winnebagoda@mail.da.state.wi.us

Investigator
JIM GOGGINS
Investigator
JAMES CURTIS
Investigator
JEFF VENNE
Victim/Witness Coordinator
TERRI S. VAN DELLEN

To:   Craig Miller, 2832 Coolidge Street, Madison, WI  53704

From: Atty. Eric Sparr

Date: November 30, 2016

Re:   referral for criminal charges against Carol Straks OP 16-11469

As I mentioned in our phone conversation today, our office will not be issuing criminal charges against Ms. Straks. However, this should not be taken to mean that I believe these incidents did not happen. I have reviewed the police reports, spoken to Det. Artus, and also to Capt. Toney at Oshkosh Correctional. After all of that, I think this probably happened approximately as you describe. However, we do not issue charges based solely on that. We must examine whether we can prove the case to a jury beyond a reasonable doubt, and my conclusion is that we cannot.

One of the things that went into this determination is that there are things I am aware of (most notably, her current relationship with a former inmate, and her termination from employment subsequent to the incidents alleged for what appears to be missing pills), that a jury would not get to hear. There are other issues that would impact provability as well, such as the timing of the referral, but those can be gleaned from the police reports.

I am happy to assist in getting you the information you need to pursue civil action in this case. I have enclosed the police reports with this letter. You had also inquired about getting a lawyer for a civil lawsuit. While I am not able to make referrals, I can direct you to the Wisconsin Bar Lawyer Referral Service, which exists for this exact purpose. Go to www.wisbar.org and click on the button labeled "I need help from a lawyer near me." I mentioned I could also direct you to some information regarding filing your lawsuit, whether as small claims, or elsewhere. To determine whether small claims is appropriate, you can take a look at https://www.co.winnebago.wi.us/clerk-courts and scroll down to the "small claims" section. If there are other documents we might be able to provide to you, please let me know.

Eric Sparr



# Wisconsin Department of Corrections
Governor Scott Walker | Secretary Jon E. Litscher

## Kettle Moraine Correctional Institution

### MEMORANDUM

**DATE:** April 10, 2018

**TO:** Craig Miller #40569 Unit 16

**FROM:** Robert Humphreys, Warden

**RE:** PREA

Your correspondence was received in my office on April 9, 2018 in regard to a PREA claim. It is noted the PREA claim that was investigated while you were at OSCI was unfounded and no further follow up is required.

CC: File
 Security Director Pollard

W9071 Forest Drive | PO Box 31 | Plymouth, Wisconsin 53073-0031 | Phone Number: (920) 526-3244



# Wisconsin Department of Corrections
Governor Scott Walker | Secretary Cathy A. Jess

## Kettle Moraine Correctional Institution

334

## MEMORANDUM

**DATE:** June 14, 2018

**TO:** Craig Miller #40569 Unit 9

**FROM:** Robert Humphreys, Warden

**RE:** PREA allegation and Denied Visit

---

Your PREA allegations were investigated and determined to be unfounded. No further action will be taken.

Per DAI Policy #309.06.01, proposed visitors who are denied may appeal to the Warden of the facility where the inmate is located. Inmates may appeal through the ICRS. Please use the ICRS to appeal your denied visitor.

CC: File

W9071 Forest Drive | PO Box 31 | Plymouth, Wisconsin 53073-0031 | Phone Number: (920) 526-3244