U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 JUL 30 P 2:31

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

Craig Lee Miller,
    Plaintiff,

-vs-

Case No. 18-CV-1126

Judy Smith, Robert Humphreys,
and Carol Straks,
    Defendants.

## AMENDMENT TO STATEMENT OF CLAIM

COMES NOW the prisoner-plaintiff, pro se, for purposes of clarification and required specification of the claim, HEREBY amends the Statement of Claim to state that defendant Carol Straks. throughout the timeframe mentioned in the underlying Complaint, would kiss, cuddle, engage in oral sex, and sexual intercourse with me at the Oshkosh Correctional Institution where I was a prisoner and she was a prison staff member. And, as a consequence of the victimization I suffered at the hands of the professional manipulations and criminal behaviors by Ms. Carol Straks I've lost everything that is/was truly meaningful in my life (wife/family/marriage).

Dated this 26 day of July, 2018.

Respectfully submitted by,

Craig L. Miller
Kettle Moraine Correctional Institution
P.O. Box 282
Plymouth, WI 53073-0282