WINNEBAGO COUNTY SHERIFF'S OFFICE
4311 JACKSON STREET
OSHKOSH, WISCONSIN 54901
9202367300Q

Incident Number: OP16-011469

## Incident Summary

| | | | |
|---|---|---|---|
| Incident Type: | SEX OFFENSES | Report Type: | |
| Inc Occurred Address: | 1730 W SNELL RD, OSHKOSH, WISCONSIN 54901 | Sector/Beat: | S702/WS72 |
| Inc Occurred Start: | 07/01/2010 00:00   Inc Occurred End:  04/14/2016 11:27 | Report Taken: | |
| Domestic: N | Bias Motivation:   Gang Related:  N | Substance: | U |
| Other Agency: | | Reported Date/Time: | 04/14/2016 11:27 |
| Reporting Officer: | ARTUS, DEAN | Primary Assigned Officer: | COURT, OP |
| Case Status: | CLOSED - DA DECI Clearance: CLOSED - DA DECLINED PROSECUTION | Clearance Date/Time: | 09/07/2016 09:54 |
| Jurisdiction: | | | |
| Approved by: | KAISER, REBECCA   Approved date/time:  04/28/2016 16:14 | Approve status: | Approved |

## Offenses

Statute Code: 961.41(1)(B)
Enhancers:
Statute Desc: DELIVERY OF SCHEDULE I/II/III NON-NARCOTIC DRUG GENERALLY
Counts: 1   Statute Severity:

## Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| PRIMARY REPORTING OFFICER | S241 | S241 | ARTUS, DEAN | |
| PRIMARY ASSIGNED OFFICER | S241 | S241 | ARTUS, DEAN | |
| PRIMARY ASSIGNED OFFICER | | | COURT, OP | |

## Associated Events

| Association: | Event Type: | Event#: | Event Date (Start): | Event Date (End): | Agency: |
|---|---|---|---|---|---|
| ARREST TO INCIDENT | ARREST | OP16-011469 | 9/7/2016 09:54:00 | 4/14/2016 11:27:00 | OP |

## List of Attachments

| Type: | Report ID: | Report Date: | Report Summary: |
|---|---|---|---|
| VICTIM INFORMATION SHEET | | | |
| NON-CONSENT FORM | | | |

## Persons Involved

Person#: 0001       MNI: 378818
Event Association: VICTIM                    Contact Date/Time:  04/14/2016 11:27
Name: MILLER, CRAIG L
SSN:                DOB: ████ 1955     Age: 54 - 54   Sex: MALE    Race: BLACK
Height: 5' 7" - 5' 7"   Weight: 152 - 152 lbs   Eye Color: BROWN    Hair Color: BLACK
Phone Type 1:       Phone# 1: (608) 334-3320   Ext 1:
Phone Type 2:       Phone# 2:                  Ext 2:
DL State: WISCONSIN  DL#: M460-1125-5344-07   DL Exp. Date:
Occupation:                                   Employer/School:
Verified by #1:                               Verified by #2:

### Person address(es)

Address: HOME ADDRESS, 1401 MARTIN LUTHER KING DR, RACINE, WISCONSIN 53404

Exhibit 1

WINNEBAGO COUNTY SHERIFF'S OFFICE
4311 JACKSON STREET
OSHKOSH, WISCONSIN 54901
9202367300Q

Incident Number: OP16-011469

## Persons Involved

Person#: 0002     MNI: 378819
Event Association: DEFENDANT     Contact Date/Time:
Name: STRAKS, CAROL T
SSN:     DOB: ▓▓▓1961     Age: 48 - 48    Sex: FEMALE     Race: WHITE
Height:     Weight:     Eye Color:     Hair Color:
Phone Type 1: CELL     Phone# 1: (920) 319-9758     Ext 1: 09/07/16
Phone Type 2:     Phone# 2:     Ext 2:
DL State:     DL#:     DL Exp. Date:
Occupation:     Employer/School:
Verified by #1:     Verified by #2:

### Person address(es)
Address: HOME ADDRESS, 953 WILCOX ST, APT/SUITE: 101, WAUPUN, WISCONSIN 53963

### Person Offenses
Statute Code: 940.225(2)(H)     Enhancers:
Statute Desc: 2ND DEG. SEX. ASSAULT BY CORRECT. STAFF
Counts: 1

Statute Code: 961.41(1)(B)     Enhancers:
Statute Desc: DELIVERY OF SCHEDULE I/II/III NON-NARCOTIC DRUG GENERALLY
Counts: 1

## Businesses Involved

Business # 0001
Event Association: LAW ENFORCEMENT AGENCY
Business Name: OSHKOSH CORRECTIONAL INSTITUTION     Business Type: JAIL/PRISON
Phone Type 1: BUSINESS     Phone# 1: (920) 231-4010     Ext 1: 6/17/15
Phone Type 2: BUSINESS     Phone# 2: (920) 232-2608     Ext 2:

### Business address(es)
Address: - 1730 W SNELL RD OSHKOSH, WISCONSIN 54901

Deputy District Attorney
SCOTT A. CEMAN

Assistants
MICHAEL J. BALSKUS
STEPHANIE A. STAUBER
ERIC D. SPARR
ADAM J. LEVIN
TRACY A. PAIDER
AMANDA L. FOLGER
ANTHONY S. PREKOP
MARGARET J. STRUVE



## Winnebago County
Office of District Attorney
**CHRISTIAN A. GOSSETT**
DISTRICT ATTORNEY

P.O. BOX 2808
Oshkosh, WI 54903-2808
Oshkosh (920) 236-4977
Fox Cities (920) 727-2880
FAX (920) 236-4952
winnebagoda@mail.da.state.wi.us

Investigator
JIM GOGGINS
Investigator
JAMES CURTIS
Investigator
JEFF VENNE
Victim/Witness Coordinator
TERRI S. VAN DELLEN

To: Craig Miller, 2832 Coolidge Street, Madison, WI 53704

From: Atty. Eric Sparr

Date: November 30, 2016

Re: referral for criminal charges against Carol Straks OP 16-11469

As I mentioned in our phone conversation today, our office will not be issuing criminal charges against Ms. Straks. However, this should not be taken to mean that I believe these incidents did not happen. I have reviewed the police reports, spoken to Det. Artus, and also to Capt. Toney at Oshkosh Correctional. After all of that, I think this probably happened approximately as you describe. However, we do not issue charges based solely on that. We must examine whether we can prove the case to a jury beyond a reasonable doubt, and my conclusion is that we cannot.

One of the things that went into this determination is that there are things I am aware of (most notably, her current relationship with a former inmate, and her termination from employment subsequent to the incidents alleged for what appears to be missing pills), that a jury would not get to hear. There are other issues that would impact provability as well, such as the timing of the referral, but those can be gleaned from the police reports.

I am happy to assist in getting you the information you need to pursue civil action in this case. I have enclosed the police reports with this letter. You had also inquired about getting a lawyer for a civil lawsuit. While I am not able to make referrals, I can direct you to the Wisconsin Bar Lawyer Referral Service, which exists for this exact purpose. Go to www.wisbar.org and click on the button labeled "I need help from a lawyer near me." I mentioned I could also direct you to some information regarding filing your lawsuit, whether as small claims, or elsewhere. To determine whether small claims is appropriate, you can take a look at https://www.co.winnebago.wi.us/clerk-courts and scroll down to the "small claims" section. If there are other documents we might be able to provide to you, please let me know.

Eric Sparr

Exhibit A