UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CRAIG LEE MILLLER,

      Plaintiff,

  v.

CAROL STRAKS,

      Defendant.

Case No. 2:18-cv-01126-PP

---

### MOTION FOR DAMAGES HEARING
### BY PLAINTIFF CRAIG LEE MILLER

---

NOW COMES Plaintiff Craig Lee Miller ("Miller"), by his attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and moves the court for an order scheduling a hearing on damages in this action.

On March 14, 2022, Miller filed a motion for default judgment against Defendant Carol Straks ("Straks"). (Dkt. 51.) The motion did not include a sum certain. The Clerk of Court entered default judgment against Straks on June 22, 2022.

On June 22, 2022, the Court held a hearing. (Dkt. 61.) The Court ordered Miller to file a motion for default judgment by July 8, 2022. (Dkt. 61.) Miller filed a motion for default judgment on June 27, 2022. (Dkt. 56.) The motion did not include a sum certain.

Fed. R. Civ. P. 55(b)(2) requires the court to enter judgment because Miller did not request a sum certain or provide an affidavit showing the amount due. Additionally, Miller's seeks damages for emotional distress, suffering, inconvenience, mental anguish, loss of enjoyment of life, and punitive damages require in court testimony—as those damages are not computable. In *Jessie v. Wouts*, Case No. 3:17-cv-00840-jdp (W.D. Wis.) (unpublished), the U.S. District Court for the Western District of Wisconsin held a hearing on a motion for default judgment in a similar case.

For all of the above reasons, Miller respectfully requests that the Court scheduled a hearing on damages.

Date: December 2, 2022.                               Respectfully submitted,

                                                      */s/ William F. Sulton*
                                                      WILLIAM F. SULTON

                                                      THE SULTON LAW FIRM
                                                      2745 N. Dr. M.L.K. Drive
                                                      Suite 202
                                                      Milwaukee, WI 53212
                                                      414-477-0088 (direct)
                                                      414-250-7676 (fax)
                                                      william@sultonlaw.com

                                                      *Attorneys for Plaintiff*