UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CRAIG LEE MILLLER,

        Plaintiff,

    v.

CAROL STRAKS,

        Defendant.

Case No. 2:18-cv-01126-PP

---

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* BY PLAINTIFF CRAIG LEE MILLER**

---

NOW COMES Plaintiff Craig Lee Miller ("Miller"), by his attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and moves the court for an order compelling TotalMed Staffing, Inc.'s ("TotalMed") compliance with Miller's subpoena *duces tecum*. (Dkt. 77-1.) This motion does not seek attorney's fees or costs.

Defendant Carol Straks ("Straks") has represented to the Court that she worked for TotalMed during the times relevant to Miller's claims. Prior to filing this motion, counsel spoke with Straks by telephone. Straks confirmed that she worked for TotalMed. However, Straks does not have any information about TotalMed's insurance coverage.

The Wisconsin Department of Corrections ("DOC") has confirmed that TotalMed was a contractor for DOC during the times relevant to Miller's claims. But DOC does not have any information about TotalMed's insurance coverage due to its retention policy.

TotalMed was served with the subpoena on January 19, 2023. (Dkt. 77-2.) The subpoena required that the documents be produced by January 31, 2023. (Dkt. 77-1.) On January 31, TotalMed's representatives confirmed that they had been served with the subpoena and promised to "work[] with IT to see if there is anything housed in our previous system[.]" As of the time of this motion, however, TotalMed's representatives have not returned follow up telephone calls or emails about the requested information.

TotalMed is a the only source known to Miller and counsel for "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment." Fed. R. Civ. P. 26(a)(1)(A)(iv). It is apparent that TotalMed will not comply with the subpoena without an order.

For all the above reasons, Miller respectfully requests that this Court enter an order compelling compliance with Miller's subpoena. In the alternative, Miller requests that the Court enter an order to show cause and schedule a hearing under Fed. R. Civ. P. 45(g).

[2 / 3]

Case 2:18-cv-01126-PP   Filed 02/12/23   Page 2 of 3   Document 78

Date: February 12, 2023.        Respectfully submitted,

/s/ William F. Sulton
WILLIAM F. SULTON

THE SULTON LAW FIRM
2745 N. Dr. M.L.K. Drive
Suite 202
Milwaukee, WI 53212
414-477-0088 (direct)
414-250-7676 (fax)
william@sultonlaw.com

*Attorneys for Plaintiff*