PP

CRAIG Lee Miller,
         plaintiff

    V.                           Case No. 18-CV-1126-PP

CAROL STRAKS,
         Defendant,

U.S. District Court
Wisconsin Eastern
SEP 5 2025
FILED
Clerk of Court

To the Hon. Pamela Pepper
In closed please find Exhibit 1-4 these are photographys of my wife arnita Young durning the last year of her life during the time when she was home on hospites I cared for her until her passing. at first I encouraged her to fight and stay here with me, until I wit- nessed the pain, the suffering on a dayly basis. the humiliation and shame she felt at not being able to control her bowl move- ment, I told her on multiple occasion how much I love her and would care for her until my own deth, I could never get over my feelings of guilt for my sexual encounter with Carol I will carry that feeling of betrayal to my grave. as far

over

I feel like if I would not have got involved with Carol I would not have been sent back to prison, I also would have been there when my wife need me the most during the time she lost her leg she went in for poor circulation that procedure done at UW while I was in prison in retaliation for my encounters with Carol, when I got out you see what was left of my wife. I should have been there, to be honest Carol made a fool out of me only to learn she was engaged to another inmate a Mr Curte. ill talk to you at the hearing my life has not and will not ever be the same and no amount of money can fix-it — and Carol feels no remorse or shame, nor do the state of Wisconsin

P.S.
Not once has the state offered treatment of any kind mental or other wise.

Thank you
Respectfully

Craig S. Miller

I belive there going to kill me!