



Case 2:18-cv-01126-PP    Filed 09/05/25    Page 2 of 4    Document 101-1



