UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CRAIG LEE MILLER,

    Plaintiff,

v.

CAROL STRAKS, JUDY SMITH,
ROBERT HUMPHREYS, GARY HAMBLIN,
TOM POLLARD, JOHN DOES #1-9
and NURSE JANE DOE #1,

    Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case No. 18-cv-1126-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that default judgment is entered in favor of the plaintiff and against defendant Straks in the amount of $1.5 million ($500,000 compensatory damages, $1 million punitive damages). The remaining defendants were previously dismissed.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 7th day of October, 2025.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court
s/ *Cary Biskupic*
(by) Deputy Clerk